# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHARLES ALLEN RANKIN,
Appellant,
vs.
STEVEN B. WOLFSON; PATRICK E.
MCDONALD; ADAM P. LAXALT;
JAMES DZURENDA; AND BRIAN E.
WILLIAMS,
Respondents.

No. 74858

**FILED**

AUG 1 0 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order dismissing a complaint. Eighth Judicial District Court, Clark County; Richard Scotti, Judge.

This appeal was docketed on January 12, 2018, and a receipt for documents issued. The receipt addressed to appellant at High Desert State Prison was returned by the postal service. A notation on the envelope indicated that appellant was paroled and a sticker on the envelope stated "return to sender" and "unable to forward." An order entered on March 7, 2018, a notice issued on March 7, 2017, and an order entered on April 24, 2018, all addressed to appellant at High Desert State Prison, were also returned. The envelopes containing those documents contained a notation indicating that appellant is not an inmate at High Desert State Prison. The Nevada Department of Corrections website represents that appellant has been paroled. Appellant has not provided this court with updated contact information or otherwise communicated with this court. Further, appellant has not filed the opening brief, which was due to be filed by July 7, 2018.

18-30823

Under these circumstances, we conclude that this appeal has been abandoned, and we

ORDER this appeal DISMISSED without prejudice.

_____, J.
Pickering

_____, J.
Gibbons

_____, J.
Hardesty

cc:     Hon. Richard Scotti, District Judge
        Charles Allen Rankin
        Attorney General/Carson City
        Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

2